FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN - 1 2022 ★
LONG ISLAND OFFICE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 99CR01881-001-BTM |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF<br><br>Edward Michael Greco<br>Eastern District of New York | DISTRICT<br><br>Southern California | DIVISION<br><br>San Diego |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Howard B. Turrentine (deceased)<br>Senior U.S. District Judge<br>On May 19, 2022, this case was reassigned to:<br>The Honorable Barry Ted Moskowitz<br>Senior U.S. District Judge | |
| | DATES OF<br>Supervised Release | FROM<br>07/02/2021 | TO<br>07/01/2024 |

OFFENSE

18 U.S.C. § 2113(a), Bank Robbery, a Class C felony.

CR 22 254
AZRACK, J.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Release named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

May 20, 2022
Date

*signature*
The Honorable Barry Ted Moskowitz
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                    United States District Judge